No. 98–7507.  ADAMS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 98–7512.  HIGGASON v. HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY.  C. A. 7th Cir.  Certiorari denied.

No. 98–7513.  DEVOIL-EL v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 98–7516.  GLOVER v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 98–7517.  HARRIS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 98–7519.  HUDDLESTON v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 98–7520.  ROMAN v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 98–7523.  RODRIGUEZ v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 98–7525.  CHRISTIE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 98–7527.  CROOKSHANK v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 98–7530.  ALLEN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 98–7531.  BONDS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 98–7536.  JARRETT v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 98–7537.  ALLEN v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 98–7539.  BRAUN v. DEPARTMENT OF JUSTICE ET AL.  C. A. 10th Cir.  Certiorari denied.